MEMORANDUM OPINION




No. 04-03-00710-CV



IN RE Robert Keith ROMERO



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: October 8, 2003


PETITION FOR WRIT OF MANDAMUS DENIED

 On September 23, 2003, relator filed a petition for writ of mandamus. The court has considered
relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, relator's
petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a). 

 PER CURIAM
1. Arising from the 225th Judicial District Court, Bexar County, Texas, Trial Court No. 1998-CI-09292, the
Honorable John Specia, Jr., presiding.